*W. Greenawalt* for petitioner. *Mr. Barney L. Whatley* for respondent.

No. 83. FUGATE *v.* TOLEDO, PEORIA & WESTERN R. Co. October 9, 1933. Petition for writ of certiorari to the Appellate Court, First District, of Illinois, denied. *Mr. Lambert Kaspers* for petitioner. *Messrs. Silas H. Strawn* and *John M. Elliott* for respondent.

No. 85. STANDARD OIL Co. *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Court of Claims denied. *Mr. James H. Hayes* for petitioner. *Solicitor General Biggs* and *Mr. Wm. W. Scott* for the United States.

No. 86. SOUTHERN RY. Co. ET AL. *v.* BARTON, ADMINISTRATRIX. October 9, 1933. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Messrs. Sidney S. Alderman, H. O'B. Cooper, Frank G. Tompkins,* and *S. R. Prince* for petitioners. *Mr. H. J. Haynsworth* for respondent.

No. 87. CLARK'S FERRY BRIDGE Co. *v.* PUBLIC SERVICE COMM'N. October 9, 1933. Petition for writ of certiorari to the Superior Court of Pennsylvania denied. *Mr. George Ross Hull* for petitioner. *Messrs. E. Everett Mather, Jr.,* and *John Fox Weiss* for respondent.

No. 90. U.S. EX REL. ARCATA & MAD RIVER R. Co. *v.* INTERSTATE COMMERCE COMM'N. October 9, 1933. Peti-